UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUSTIN MYCHAL SMITH,

      Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:19-cr-00129

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on October 14, 2020, after receiving the written consent of defendant and all counsel.  There is no written plea agreement.   The plea agreement is oral. The Government agrees to ask at sentencing for the third point reduction, in exchange for his guilty plea to Counts 1-2 of the Indictment.  At the hearing, defendant Justin Mychal Smith entered a plea of guilty to Counts 1-2 of the Indictment.  Count 1 of the Indictment  charges defendant with armed bank robbery, in violation of 18 U.S.C. § 2113(a) and (d), and count 2 charges him with  brandishing a firearm during a bank robbery, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant

understands the nature of the charge and penalties provided by law; and that the

plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 1-2 of the

Indictment be accepted, and that the court adjudicate defendant guilty.  Acceptance

of the plea, adjudication of guilt, and imposition of sentence are specifically reserved

for the district judge.


Date: October 15, 2020                          /s/ Phillip J. Green
                                             PHILLIP J. GREEN
                                             United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).